

# United States Bankruptcy Court
## for the District of Oregon

**Thomas M. Renn, Judge**
Virginia H. Denney, Judicial Assistant
Howard J. Newman, Law Clerk

405 East Eighth Avenue, Suite 2600
Eugene, Oregon 97401

(541) 431-4050
FAX: (541) 431-4047

March 13, 2012

Ms. Sheba Ann Williams
1195 Clearview Ave. NE #71
Keizer, OR 97303

RE: WILLIAMS, Sheba Ann; Case No. 12-60679-tmr7
Objection to Notice of Intent to Not Grant Discharge

Dear Ms Williams:

The court has reviewed your objection to the court's notice of intent to not grant a discharge. In your objection, you do not dispute that you received a discharge under Chapter 7 of the Bankruptcy Code in Case # 05-32335-vpz7 (C. D. Cal.) filed on September 21, 2005, which was within 8 years of your present case's filing on February 28, 2012. You argue, however, that you should be granted a discharge in your present case based on your current need for debt relief. Unfortunately, however, the statute in question, (11 U.S.C. § 727(a)(8)) does not have an exception based on need. An order will thus be entered overruling your objection and denying your Chapter 7 discharge.

I urge you to seek legal counsel so that you may consider your options.

Very truly yours,

THOMAS M. RENN
Bankruptcy Judge

TMR:vhd

cc: U. S. Trustee's office
Ms Victoria Clear, Trustee